IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DERRICK QUINTERO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:09-cv-00106 |
| ) | Judge Sharp |
| RICKY BELL, Warden, ) | |
| ) | DEATH PENALTY CASE |
| Respondent. ) | |

## ORDER

Before the Court is the petitioner's unopposed Motion for Extension of Time to File Dispositive Pleadings by an additional 45 days, until June 27, 2013. For good cause shown, the motion (ECF No. 96) is hereby **GRANTED**, and the parties shall have until June 27, 2013 to file dispositive motions. Responses to dispositive motions must be filed within 90 days of the filing of the motion or position to which they respond, and any reply briefs must be filed no later than 45 days thereafter.

Further, however, the Court will not be inclined to grant further requests for extension of the deadline for filing dispositive motions absent extraordinary circumstances. The parties have filed six such motions, and this matter has been pending since 2009.

It is so **ORDERED**.

_Kevin H. Sharp_
Kevin H. Sharp
United States District Judge